DOCUMENT
ELECTRONICALLY FILED

10/10/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
KALI KANINGATAA.,

          Plaintiff,          16 **CIVIL** 7382 (LAK)

   -against-

AMERICAN BROADCASTING COMPANIES,    **JUDGMENT FOR**
et ano.,    **ATTORNEY'S FEES**
          Defendant.
----------------------------------------------------------X

KALI KANINGATAA.,

          Plaintiff,          16 **CIVIL** 7383 (LAK)

   -against-

NBCUNIVERSAL MEDIA, LLC,
          Defendant.
----------------------------------------------------------X

KALI KANINGATAA.,

          Plaintiff,          16 **CIVIL** 7472 (LAK)

   -against-

COED MEDIA GROUP, LLC,
          Defendant.
----------------------------------------------------------X

      Whereas these copyright infringement actions have been dismissed by the Court, which subsequently granted defendants' joint motion for awards of attorney's fees pursuant to Section 505 of the Copyright Act; defendants' having moved to fix the amounts of the fee awards, and the matter having come before the Honorable Lewis A. Kaplan, United States District Judge, and the Court, on October 4, 2017, having rendered its Memorandum and Order granting defendants' respective motions [16-cv-7382 DI 46; 16-CV-7383 DI 59; 16-CV-7472 DI 38] in all respects, and directing the Clerk to enter judgment as follows:

      No. 16-cv-7382   -   Defendants American Broadcasting Companies, Inc. and

                                    Yahoo!Inc. jointly shall recover of plaintiff the sum of

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK

BY _____
      Deputy Clerk

|  |  | $60,000.00 |
| --- | --- | --- |
| No. 16-cv-7383 | - | Defendant NBCUniversal, Media, LLC shall recover of Plaintiff the sum of $30,630. |
| No. 16-cv-7472 | - | Defendant COED Media Group, LLC shall recover of Plaintiff the sum of $30,839; it is, |

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated October 4, 2017, the defendants' respective motions [16-cv-7382 DI 46; 16-CV-7383 DI 59; 16-CV-7472 DI 38] are granted in all respects; accordingly, judgment is entered as follows:

| No. 16-cv-7382 | - | Defendants American Broadcasting Companies, Inc. and Yahoo!Inc., jointly shall recover of plaintiff the sum of $60,000.00 |
| --- | --- | --- |
| No. 16-cv-7383 | - | Defendant NBCUniversal, Media, LLC shall recover of Plaintiff the sum of $30,630. |
| No. 16-cv-7472 | - | Defendant COED Media Group, LLC shall recover of Plaintiff the sum of $30,839. |

**Dated:** New York, New York
October 10, 2017

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 10/10/2017